U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 1 2017

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 02-cr-20028 |
| VERSUS | : | CHIEF JUDGE DRELL |
| GARY K. RIDDLE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

After reviewing the Minutes of Proceedings [doc. 52] and resulting Report and Recommendation [doc. 54] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation;

IT IS **ORDERED** that the Motion to Modify Conditions of Supervised Release [doc. 49] filed by defendant Gary K. Riddle be granted and that Special Condition Number 5 of the defendant's Conditions of Supervised Release be supplemented and amended in accordance with the terms set out in the Magistrate Judge's Report and Recommendation.

THUS DONE this 21st day of June, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE